# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Valencia Patricia Love | § | Case No. 15-31541 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/16/2015 . The undersigned trustee was appointed on 09/16/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      3,000,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 760,738.36 |
| Bank service fees | 71.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 1,119,813.32 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 1,019,813.32 |
| | |
| Leaving a balance on hand of[1] | $      99,563.12 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/29/2016  and the deadline for filing governmental claims was  03/29/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 44,155.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 44,155.00 , for a total compensation of $ 44,155.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 140.80 , for total expenses of $ 140.80 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 03/09/2017_____   By:/s/Zane L. Zielinski, Trustee_____
                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-31541   BWB   Judge:   Bruce W. Black | Trustee Name:   Zane L. Zielinski, Trustee |
| Case Name: | Valencia Patricia Love | Date Filed (f) or Converted (c):   09/16/2015 (f) |
| | | 341(a) Meeting Date:   10/13/2015 |
| For Period Ending:   03/09/2017 | | Claims Bar Date:   03/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash | 50.00 | 50.00 | | 0.00 | FA |
| 2.  Household goods | 800.00 | 800.00 | | 0.00 | FA |
| 3.  Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 4.  Wrongful Death Claim against Children Memorial Hospital (u) | 0.00 | Unknown | | 3,000,000.00 | FA |
| 5.  16416 Coventry Lane Crest Hill, IL 60435 (u) | 236,938.00 | 0.00 | | 0.00 | FA |
| 6.  2006 Land Rover (u) | 13,850.00 | 0.00 | | 0.00 | FA |
| 7.  Misc Electronics (u) | 150.00 | 150.00 | | 0.00 | FA |
| 8.  Misc Minor Jewlry (u) | 175.00 | 0.00 | | 0.00 | FA |
| 9.  1 dog (u) | 50.00 | 0.00 | | 0.00 | FA |
| 10. PNC Bank Checking (u) | 800.00 | 0.00 | | 0.00 | FA |
| 11. PNC Bank Savings  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Income Tax Return Refund (u) | 1,860.00 | 0.00 | | 0.00 | FA |
| 13. Claims Against Ex-Spouse for her marital share of his 401(k) (u) | Unknown | Unknown | | 0.00 | FA |
| 14. Term Life Insurance (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $254,973.00 | $1,000.00 | $3,000,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has retained special counsel to pursue litigation.  The Trustee received a settlement proposal of $1,000,000 which was turned down.  The Trustee anticipates that the matter will go to trial in late 2016 or early 2017. The Trustee has scheduled the value of the wrongful death case as unknown.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

RE PROP #          3    --    The Debtor amended schedules and reduced value Document        Page 4 of 11

RE PROP #          4    --    The Trustee turned down a $1,000,000 settlement offer, and anticipates that the matter
                              will go to trial in 2016 or early 2017.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/01/2017          Current Projected Date of Final Report (TFR): 12/01/2017

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-31541 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Valencia Patricia Love | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1585 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8632 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/17 | | Power Rodgers & Smith LLP 70 West Madison Street, Suite 5500 Chicago, IL 60602-4212 | Personal Injury Payment | | $100,000.00 | | $100,000.00 |
| | | | Gross Receipts   $3,000,000.00 | | | | |
| | | Power Rogers & Smith PC 70 West Madison Street, suite 5500 Chicago, IL 60602-4212 | Attorney Fees   ($662,500.00) | 3210-000 | | | |
| | | Power Rogers & Smith PC 70 West Madison Street, suite 5500 Chicago, IL 60602-4212 | ($97,873.36) | 3220-000 | | | |
| | | Kenneth Reed (Debtor's Former Spouse) | kenneth reed portion   ($1,119,813.32) | 8500-002 | | | |
| | | Valencia Love (Abandoned Funds Pursuant to Court ORder) | ($1,019,813.32) | 8200-002 | | | |
| | 4 | | Wrongful Death Claim against Children Memorial Hospital   $3,000,000.00 | 1249-000 | | | |
| 02/17/17 | 5001 | Clerk, United States Bankruptcy Court 219 South Dearboon 7th Floor Chicago, Illinois 60604 | Initial Filing Fee | 2700-000 | | $365.00 | $99,635.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $71.88 | $99,563.12 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $100,000.00 | $436.88 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $436.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $100,000.00 | $436.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

| Page Subtotals: | $100,000.00 | $436.88 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1585 - Checking | $100,000.00 | $436.88 | $99,563.12 |
| | $100,000.00 | $436.88 | $99,563.12 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,900,000.00 |
| Total Net Deposits: | $100,000.00 |
| Total Gross Receipts: | $3,000,000.00 |

Page Subtotals:                                    $0.00          $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-31541

Date: March 9, 2017

Debtor Name: Valencia Patricia Love

Claims Bar Date: 3/29/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $44,155.00 | $44,155.00 |
| 100 2200 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $140.80 | $140.80 |
| 100 2700 | United States Bankruptcy Court | Administrative | | $0.00 | $365.00 | $365.00 |
| 100 3210 | Power Rogers & Smith PC 70 West Madison Street, suite 5500 Chicago, IL 60602-4212 | Administrative | | $0.00 | $662,500.00 | $662,500.00 |
| 100 3220 | Power Rogers & Smith PC 70 West Madison Street, suite 5500 Chicago, IL 60602-4212 | Administrative | | $0.00 | $97,873.36 | $97,873.36 |
| 1 300 7100 | Devriendt And Associates 24 W Cass Street 5Th Floor Joliet Il 60432 | Unsecured | | $0.00 | $5,455.62 | $5,455.62 |
| 2 300 7100 | City Of Chicago Department Of Finance C/O Arnold Scott Harris P.C. 111 W. Jackson Blvd Ste.600 Chicago Il.60604 | Unsecured | | $0.00 | $4,034.23 | $4,034.23 |
| 3 300 7100 | Devriendt & Associates, Llc 24 W. Cass St., 5Th Floor Joliet, Il 60432 | Unsecured | This claim is duplicative of Claim #1, and the creditor voluntarily withdrew the claim. | $0.00 | $5,455.62 | $5,455.62 |
| 4 300 7100 | The Fields Of Longmeadow Homeowners Association C/O Avenue 1000 Realty Ltd 1999 W 75Th Street #203 Woodridge, Il 60517 | Unsecured | | $0.00 | $3,066.50 | $3,066.50 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-31541

Date: March 9, 2017

Debtor Name: Valencia Patricia Love

Claims Bar Date: 3/29/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 | Mitchell Law Group | Unsecured | | $0.00 | $4,230.00 | $4,230.00 |
| 300 | 54 N. Ottawa Street Suite 100 | | | | | |
| 7100 | Joliet, Il 60432 | | This proof of claim was voluntarily withdrawn as reflecting amounts due post-petition. | | | |
| | Case Totals | | | $0.00 | $827,276.13 | $827,276.13 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: March 9, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-31541
Case Name: Valencia Patricia Love
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand                                    $        99,563.12

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 44,155.00 | $ 0.00 | $ 44,155.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 140.80 | $ 0.00 | $ 140.80 |
| Attorney for Trustee Fees: Power Rogers & Smith PC | $ 662,500.00 | $ 662,500.00 | $ 0.00 |
| Attorney for Trustee Expenses: Power Rogers & Smith PC | $ 97,873.36 | $ 97,873.36 | $ 0.00 |
| Charges: United States Bankruptcy Court | $ 365.00 | $ 0.00 | $ 365.00 |

Total to be paid for chapter 7 administrative expenses      $        44,660.80

Remaining Balance                                           $        54,902.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,556.35  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Devriendt And Associates | $        5,455.62 | $           0.00 | $        5,455.62 |
| 2 | City Of Chicago Department Of Finance | $        4,034.23 | $           0.00 | $        4,034.23 |
| 4 | The Fields Of Longmeadow Homeowners Association | $        3,066.50 | $           0.00 | $        3,066.50 |

Total to be paid to timely general unsecured creditors             $             12,556.35

Remaining Balance                                                  $             42,345.97

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.4  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 72.59 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 42,273.38 .