# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Valencia Patricia Love**, | Bankruptcy No. 15-31541 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #73)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on March 23, 2017.

Dated: March 23, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Valencia Patricia Love,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
   ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Firas M Abunada**    fmabunada@jprlaw.net
- **Ariane Holtschlag**    aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inoruptcy.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Jack N Zaharopoulos**    jackz@rsmalaw.com

## MANUAL SERVICE LIST

| **VIA US Mail**<br>**Devriendt And Associates**<br>24 W Cass Street 5Th<br>Floor<br>Joliet Il 60432 | **VIA US Mail**<br>**City Of Chicago Department Of Finance**<br>C/O Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste.600<br>Chicago Il.60604 |
|---|---|
| **VIA US Mail**<br>**The Fields Of Longmeadow Homeowners Association**<br>C/O Avenue 1000 Realty Ltd<br>1999 W 75Th Street #203<br>Woodridge, Il 60517 | **VIA US Mail**<br>**Patricia Love**<br>**16416 Coventry Lane**<br>**Crest Hill, IL 60435-0000** |
| **VIA US Mail**<br>**Mitchell Law Group**<br>54 N. Ottawa Street Suite 100<br>Joliet, Il 60432 | |
| | |
| | |