# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Valencia Patricia Love | § | Case No. 15-31541 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 234,438.00 *(Without deducting any secured claims)* | Assets Exempt: 20,535.00 |
| Total Distributions to Claimants: 12,628.94 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 800,106.04 | |

3) Total gross receipts of $ 3,000,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,187,265.02 (see **Exhibit 2**), yielded net receipts of $ 812,734.98 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 800,106.04 | 800,106.04 | 800,106.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,062.83 | 22,241.97 | 22,241.97 | 12,628.94 |
| **TOTAL DISBURSEMENTS** | $ 11,062.83 | $ 822,348.01 | $ 822,348.01 | $ 812,734.98 |

4) This case was originally filed under chapter 7 on 09/16/2015 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/12/2017          By:/s/Zane L. Zielinski, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful Death Claim against Children Memorial Hospital | 1249-000 | 3,000,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,000,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Valencia Love (Abandoned Funds Pursuant to Court ORder) | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,019,813.32 |
| Valencia Patricia Love | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 47,638.38 |
| Kenneth Reed (Debtor's Former Spouse) | Non-Estate Funds Paid to Third Parties | 8500-002 | 1,119,813.32 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,187,265.02** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 39,155.00 | 39,155.00 | 39,155.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 140.80 | 140.80 | 140.80 |
| Associated Bank | 2600-000 | NA | 71.88 | 71.88 | 71.88 |
| United States Bankruptcy Court | 2700-000 | NA | 365.00 | 365.00 | 365.00 |
| Power Rogers & Smith PC | 3210-000 | NA | 662,500.00 | 662,500.00 | 662,500.00 |
| Power Rogers & Smith PC | 3220-000 | NA | 97,873.36 | 97,873.36 | 97,873.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 800,106.04 | $ 800,106.04 | $ 800,106.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | City Of Chicago Department Of Finance | 7100-000 | 2,857.83 | 4,034.23 | 4,034.23 | 4,034.23 |
| 3 | Devriendt & Associates, Llc | 7100-000 | NA | 5,455.62 | 5,455.62 | 0.00 |
| 1 | Devriendt And Associates | 7100-000 | 5,236.00 | 5,455.62 | 5,455.62 | 5,455.62 |
| 5 | Mitchell Law Group | 7100-000 | NA | 4,230.00 | 4,230.00 | 0.00 |
| 4 | The Fields Of Longmeadow Homeowners Association | 7100-000 | 2,969.00 | 3,066.50 | 3,066.50 | 3,066.50 |
| | City Of Chicago Department Of Finance | 7990-000 | NA | NA | NA | 23.32 |
| | Devriendt And Associates | 7990-000 | NA | NA | NA | 31.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Fields Of Longmeadow Homeowners Association | 7990-000 | NA | NA | NA | 17.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 11,062.83 | $ 22,241.97 | $ 22,241.97 | $ 12,628.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-31541 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Valencia Patricia Love | | | | Date Filed (f) or Converted (c): | 09/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/2015 |
| For Period Ending: | 07/13/2017 | | | | Claims Bar Date: | 03/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 50.00 | | 0.00 | FA |
| 2. Household goods | 800.00 | 800.00 | | 0.00 | FA |
| 3. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 4. Wrongful Death Claim against Children Memorial Hospital (u) | 0.00 | Unknown | | 3,000,000.00 | FA |
| 5. 16416 Coventry Lane Crest Hill, IL 60435 (u) | 236,938.00 | 0.00 | | 0.00 | FA |
| 6. 2006 Land Rover (u) | 13,850.00 | 0.00 | | 0.00 | FA |
| 7. Misc Electronics (u) | 150.00 | 150.00 | | 0.00 | FA |
| 8. Misc Minor Jewlry (u) | 175.00 | 0.00 | | 0.00 | FA |
| 9. 1 dog (u) | 50.00 | 0.00 | | 0.00 | FA |
| 10. PNC Bank Checking (u) | 800.00 | 0.00 | | 0.00 | FA |
| 11. PNC Bank Savings (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Income Tax Return Refund (u) | 1,860.00 | 0.00 | | 0.00 | FA |
| 13. Claims Against Ex-Spouse for her marital share of his 401(k (u) | Unknown | Unknown | | 0.00 | FA |
| 14. Term Life Insurance (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $254,973.00 $1,000.00 $3,000,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has retained special counsel to pursue litigation. The Trustee received a settlement proposal of $1,000,000 which was turned down. The Trustee anticipates that the matter will go to trial in late 2016 or early 2017. The Trustee has scheduled the value of the wrongful death case as unknown.

| RE PROP # | 3 | -- | The Debtor amended schedules and reduced value |
| RE PROP # | 4 | -- | The Trustee turned down a $1,000,000 settlement offer, and anticipates that the matter will go to trial in 2016 or early 2017. |

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/01/2017    Current Projected Date of Final Report (TFR): 12/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-31541 | Trustee Name: | Zane L. Zielinski, Trustee | |
| Case Name: | Valencia Patricia Love | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX1585 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8632 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/13/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/17 | | Power Rodgers & Smith LLP<br>70 West Madison Street, Suite 5500<br>Chicago, IL 60602-4212 | Personal Injury Payment | | $100,000.00 | | $100,000.00 |
| | | | Gross Receipts   $3,000,000.00 | | | | |
| | | Power Rogers & Smith PC<br>70 West Madison Street, suite 5500<br>Chicago, IL 60602-4212 | Attorney Fees   ($662,500.00) | 3210-000 | | | |
| | | Power Rogers & Smith PC<br>70 West Madison Street, suite 5500<br>Chicago, IL 60602-4212 | ($97,873.36) | 3220-000 | | | |
| | | Kenneth Reed (Debtor's Former Spouse) | kenneth reed portion   ($1,119,813.32) | 8500-002 | | | |
| | | Valencia Love (Abandoned Funds Pursuant to Court ORder) | ($1,019,813.32) | 8200-002 | | | |
| | 4 | | Wrongful Death Claim against Children Memorial Hospital   $3,000,000.00 | 1249-000 | | | |
| 02/17/17 | 5001 | Clerk, United States Bankruptcy Court<br>219 South Dearboon<br>7th Floor<br>Chicago, Illinois 60604 | Initial Filing Fee | 2700-000 | | $365.00 | $99,635.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.88 | $99,563.12 |
| 04/27/17 | 5002 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $39,295.80 | $60,267.32 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($39,155.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($140.80) | 2200-000 | | | |
| 04/27/17 | 5003 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $365.00 | $59,902.32 |

Page Subtotals:                     $100,000.00        $40,097.68

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-31541 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Valencia Patricia Love | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1585 |
| | Checking |
| Taxpayer ID No: XX-XXX8632 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/17 | 5004 | Devriendt And Associates<br>24 W Cass Street 5Th Floor<br>Joliet Il 60432 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $5,487.16 | $54,415.16 |
| | | | ($31.54) | 7990-000 | | | |
| | | Devriendt And Associates | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($5,455.62) | 7100-000 | | |
| 04/27/17 | 5005 | City Of Chicago Department Of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste.600<br>Chicago Il.60604 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $4,057.55 | $50,357.61 |
| | | | ($23.32) | 7990-000 | | | |
| | | City Of Chicago Department Of Finance | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($4,034.23) | 7100-000 | | |
| 04/27/17 | 5006 | The Fields Of Longmeadow Homeowners Association<br>C/O Avenue 1000 Realty Ltd<br>1999 W 75Th Street #203<br>Woodridge, Il 60517 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $3,084.23 | $47,273.38 |
| | | | ($17.73) | 7990-000 | | | |
| | | The Fields Of Longmeadow Homeowners Association | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($3,066.50) | 7100-000 | | |
| 04/27/17 | 5007 | Valencia Patricia Love<br>16416 COVENTRY LANE<br>CREST HILL, IL  60403 | Distribution of surplus funds to debtor. | 8200-002 | | $47,273.38 | $0.00 |
| 04/28/17 | 5003 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. Reversal<br>This claim was already paid. | 2700-000 | | ($365.00) | $365.00 |
| 06/09/17 | 5008 | Valencia Patricia Love<br>16416 COVENTRY LANE<br>CREST HILL, IL  60403 | Distribution of surplus funds to debtor. | 8200-002 | | $365.00 | $0.00 |

| | | Page Subtotals: | $0.00 | $59,902.32 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $100,000.00 | $100,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $100,000.00 |
| Less: Payments to Debtors | $0.00 | $47,638.38 |
| Net | $100,000.00 | $52,361.62 |

| | Page Subtotals: | $0.00 | $0.00 |
|---|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1585 - Checking | $100,000.00 | $52,361.62 | $0.00 |
| | $100,000.00 | $52,361.62 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,900,000.00 |
| Total Net Deposits: | $100,000.00 |
| Total Gross Receipts: | $3,000,000.00 |

Page Subtotals: $0.00 $0.00